CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED For RJH

FEB 24 2011

JULIA C. DUDLEY, CLERK
BY: H McDonad
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| GLENN CALVIN LAWHORN, JR., ) | Civil Action No. 7:10-cv-00459 |
|     Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRACY S. RAY, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus is **DISMISSED**; a certificate of appealability is **DENIED**; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 24th day of February. 2011.

Senior United States District Judge